js-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELIZABETH MICHELE METCALF,

　　　　　　　Plaintiff,

　　　v.

ANDREW M. SAUL, Commissioner
of Social Security,

　　　　　　　Defendant.

Case No. 5:19-cv-00706-MAA

**JUDGMENT**

　　　In accordance with the Memorandum Decision and Order Reversing
Decision of the Commissioner and Remanding for Further Administrative
Proceedings filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of
Social Security is reversed and that this matter is remanded for further
administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED:　March  25 , 2020

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE